```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501-I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2738
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CR No. 02-530 JAM
                                )
12            Plaintiff,        )
                                )   MOTION TO DISMISS INDICTMENT
13       v.                     )   AND ORDER
                                )
14  TIGRAN SVADJIAN,            )
                                )
15            Defendant.        )
    _____)
16
17                          **MOTION**
18       Pursuant to Rule 48(a) of the Federal Rules of Criminal
19  Procedure, plaintiff United States of America, by and through its
20  undersigned attorney, hereby moves this Honorable Court for an Order
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  //
28  ///

                                 1
```

dismissing the Indictment against Defendant TIGRAN SVADJIAN.

DATED: January 13, 2013          BENJAMIN B. WAGNER
                                 United States Attorney

                             By /s/ Tice-Raskin
                                 S. ROBERT TICE-RASKIN
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: January 18, 2013

                                 John A. Mendez
                                 John A. Mendez
                                 United States District Court Judge